Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                        Case No.: 18–16981–JNP  
                        Chapter: 13  
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Eric Love  
    568 Billings Ave  
    Paulsboro, NJ 08066

Social Security No.:  
    xxx–xx–0954

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                August 27, 2019  
Time:               10:00 AM  
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*26* – Certification in Opposition to (related document:25 Creditor's Certification of Default (related document:16 Motion for Relief from Stay re: 568 Billings Avenue, Paulsboro, NJ, 08066. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon fka et al..., 20 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon fka et al.... Objection deadline is 07/30/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor The Bank of New York Mellon fka et al...) filed by Georgette Miller on behalf of Eric Love. (Attachments: # 1 Exhibit # 2 Exhibit) (Miller, Georgette)

and transact such other business as may properly come before the meeting.

Dated: July 31, 2019  
JAN: bed

                                                                                 Jeanne Naughton  
                                                                                 Clerk