Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–16981–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Eric Love
   568 Billings Ave
   Paulsboro, NJ 08066

Social Security No.:
   xxx–xx–0954

Employer's Tax I.D. No.:

### NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              August 27, 2019
Time:              10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*26* – Certification in Opposition to (related document:25 Creditor's Certification of Default (related document:16 Motion for Relief from Stay re: 568 Billings Avenue, Paulsboro, NJ, 08066. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon fka et al..., 20 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon fka et al.... Objection deadline is 07/30/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor The Bank of New York Mellon fka et al...) filed by Georgette Miller on behalf of Eric Love. (Attachments: # 1 Exhibit # 2 Exhibit) (Miller, Georgette)

and transact such other business as may properly come before the meeting.

Dated: July 31, 2019
JAN: bed

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-16981-JNP
Eric Love                                                       Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jul 31, 2019
                              Form ID: 173         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
```
db            +Eric Love,   568 Billings Ave,   Paulsboro, NJ 08066-1160
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                          TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
```
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon fka et al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Georgette  Miller   on behalf of Debtor Eric  Love info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
           tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John K. Justin   on behalf of Debtor Eric  Love jkjustin@aol.com,
           justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com
          Kevin Gordon McDonald   on behalf of Creditor   The Bank of New York Mellon fka et al...
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 7
```