UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank of New York Mellon FKA The Bank of New
York as Trustee for the benefit of the certificateholders
CWABS, Inc., ASSET-BACKED CERTIFICATES,
SERIES 2006-12

**Order Filed on September 9,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey**

Case No.:  18-16981 JNP

Adv. No.:

Hearing Date:  8/27/19 @ 10:00 a.m.

Judge:  Jerrold N. Poslusny Jr.

In Re:
        Eric Love,

Debtor.

## ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: September 9, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Eric Love
Case No:  18-16981 JNP
Caption of Order:  ORDER RESOLVING CERTIFICATION OF DEFAULT
_____

 This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon FKA The Bank of New York as Trustee for the benefit of the certificateholders CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 568 Billings Avenue, Paulsboro, NJ, 08066, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Georgette Miller, Esq., attorney for Debtor, and for good cause having been shown

 It is **ORDERED, ADJUDGED and DECREED** that as of August 28, 2019, Debtor has cured the post-petition arrears; and

 It is further **ORDERED, ADJUDGED, and DECREED** that regular mortgage payments are to resume September 1, 2019, directly to Secured Creditor Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

 It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

 It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

 It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan; and

 It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.